Filed 10/23/14  P. v. Stinchfield CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>MICHAEL JOHN STINCHFIELD<br><br>    Defendant and Appellant. | 2d Crim. No. B256952<br>(Super. Ct. No.1424616)<br>(Santa Barbara County) |

Michael John Stinchfield appeals a judgment following his no contest plea to two counts of assault with a deadly weapon (Pen. Code, § 245, subd. (a)(1)), false imprisonment by threat/violence (§§ 236, 237), and criminal threats (§ 422).  He also admitted a great bodily injury allegation relating to one of the assaults (§ 12022.7, subd. (a)).

We appointed counsel to represent him on this appeal.  After examination of the record. his counsel filed an opening brief requesting the court to make an independent review under *People v. Wende* (1979) 25 Cal.3d 436.

On August 22, 2014, we advised appellant that he had 30 days within which to personally submit any contentions or issues which he wished us to consider.  No response has been received to this date.  After examination of the record, we are

satisfied that appellant's attorney has fully complied with his responsibilities and that no arguable issues exist. (*People v. Wende, supra,* 25 Cal.3d at pp. 441, 443.)

The judgment is affirmed.

<u>NOT TO BE PUBLISHED.</u>


GILBERT, P.J.


We concur:



YEGAN, J.



PERREN, J.

Frank J. Ochoa, Judge

Superior Court County of Santa Barbara

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.